# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 919
:
DESIGNATION OF CHAIR AND VICE- : SUPREME COURT RULES DOCKET
CHAIR OF THE ORPHANS' COURT :
PROCEDURAL RULES COMMITTEE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of November, 2022, Julian E. Gray, Esquire, is hereby designated as Chair, and Kendra D. McGuire, Esquire, is designated as Vice-Chair, of the Orphans' Court Procedural Rules Committee, commencing January 1, 2023.